**KROVATIN KLINGEMAN LLC**
60 Park Place, Suite 1100
Newark, New Jersey 07102
Telephone: (973) 424-9777
Facsimile: (973) 424-9779
*Attorneys for Defendant Wayne R. Bryant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WAYNE R. BRYANT,<br><br>Defendant. | Crim. No. 10-646 (FLW)<br><br>Honorable Madeline Cox Arleo, U.S.M.J.<br><br>**ORDER FOR APPOINTMENT OF COUNSEL PURSUANT TO THE CRIMINAL JUSTICE ACT 18:3007(A)** |

THIS MATTER having been opened to the Court by Henry E. Klingeman, Esq. for an Order assigning two CJA attorneys to handle the trial in this matter; the Court having considered the submission of Henry E. Klingeman, Esq. dated January 23, 2012; the complexity of the case; the expected length of pretrial preparation; the length of the trial; the anticipated hardship of counsel in undertaking representation full-time; and in the interests of justice,

WHEREFORE, IT IS on this ___ day of _____, 2012;

ORDERED that Henry E. Klingeman, Esq. and Anna G. Cominsky, Esq. shall be assigned trial counsel on this matter pursuant to the Criminal Justice Act.

_____
HON. MADELINE COX ARLEO, U.S.M.J.
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
